# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **CHESTER L. JOHNSON, JR.** | **CIVIL ACTION NO. 22-5816-P** |
| **VERSUS** | **CHIEF JUDGE DOUGHTY** |
| **CADDO CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion For Temporary Restraining Order and Motion For Preliminary Injunction [Doc. No. 4] is **DENIED.**

**THUS DONE AND SIGNED** at Monroe, Louisiana, this 28th day of August 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**