UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **CHESTER L. JOHNSON, JR.** | **CIVIL ACTION NO. 22-5816-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **CADDO CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 16] previously filed herein, after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint and Amended Complaint [Doc. Nos. 1, 10] are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 17th day of March 2025.

_____
**CHIEF JUDGE TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT**